Jeremiah J. Laughlin, Appellee, v. Carroll A. Teller, Appellant.

Gen. No. 23,472.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN F. HAAS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed April 3, 1918.

### Statement of the Case.

Action by Jeremiah J. Laughlin, plaintiff, against Carroll A. Teller, defendant, to recover the balance due on a check for $210. From a judgment for plaintiff for $110, defendant appeals.

TELLER, HART & PENNISH, for appellant.

D. F. LAUGHLIN, for appellee; GEORGE J. CRANE, of counsel.

MR. PRESIDING JUSTICE TAYLOR delivered the opinion of the court.

### Abstract of the Decision.

BILLS AND NOTES, § 22*—*when owner of store is estopped to deny authority of manager to sign check.* An owner of a pharmacy, who employs a manager and authorizes him to keep an account in a certain bank on which checks can be drawn, signed in the name of the pharmacy "per" the name of the manager, is estopped to deny the authority of such manager to sign such a check to pay a debt for borrowed money, which money the latter used to pay a personal debt, where the creditor is ignorant that the check was fraudulently issued or that the money was for the manager's personal use.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.